THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
Respondent,
 
 
 

v.

 
 
 
Vincent John Hall,       
Appellant.
 
 
 

Appeal From Dillon County
John M. Milling, Circuit Court Judge

Unpublished Opinion No. 2003-UP-424
Submitted April 18, 2003  Filed 
 June 24, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
 
 
 

 Deputy Director for Legal Services Teresa A. 
 Knox, Legal Counsel Tommy Evans and Legal Counsel J. Benjamin Aplin, all of 
 Columbia, for Respondent.
PER CURIAM:  Vincent John Hall appeals from 
 an order of the trial court revoking his probation.  The court found a willful 
 violation of probation and terminated probation.  Halls appellate counsel filed 
 a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel 
 additionally submitted a petition to be relieved from representation, asserting 
 there are no directly appealable issues of arguable merit.  Hall did not file 
 a pro se response with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.